CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By /s/ Anna Bazile
Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ABILIFY (ARIPIPRAZOLE)
PRODUCTS LIABILITY LITIGATION
Rollo, et al. v. Bristol-Myers Squibb Co., et al., )
    N. D. California, C.A. No. 4:18-02577    )    MDL No. 2734

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Rollo*) on May 7, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Rollo* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion to vacate the conditional transfer order and a supporting brief. Plaintiffs have now withdrawn their motion to vacate.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-16" filed on May 7, 2018, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable M. Casey Rodgers.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel